In re:   Case No. 20-03295-HWV
Beth A Stine   Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0314-1  User: AutoDocke  Page 1 of 2
Date Rcvd: Dec 21, 2020  Form ID: ntnew341  Total Noticed: 15

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Beth A Stine, 2730 Danielle Drive, Dover, PA 17315-4653 |
| 5373455 | + | Christopher M Stine, 2730 Danielle Drive, Dover, PA 17315-4653 |
| 5373456 | + | Commonwealth of Pennsylvania, Bureau of Labor and Industry, Office of Unemp Comp Tax Services OUCTS, PO Box 60848, Harrisburg, PA 17106-0848 |
| 5373457 | + | David J. Apothaker, Esquire, Apothaker Scian PC, 520 Fellowship Road, Suite C306, Mount Laurel, NJ 08054-3410 |
| 5373462 | + | National Recovery Agency, 4201 Crums Mill Road, Harrisburg, PA 17112-2893 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5373453 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 21 2020 19:17:42 | Capital One, PO Box 85015, Richmond, VA 23285-5075 |
| 5375995 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 21 2020 19:18:53 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5373454 | + Email/Text: bankruptcy@cavps.com | Dec 21 2020 19:02:00 | Cavalry Portfolio Services, 500 Summit Lake Drive, Suite 4A, Valhalla, NY 10595-2323 |
| 5375302 | + Email/Text: bankruptcy@cavps.com | Dec 21 2020 19:02:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 5373458 | Email/Text: mrdiscen@discover.com | Dec 21 2020 19:01:00 | Discover Bank, PO Box 15316, Attn: CMS/PROD DEVELOP, Wilmington, DE 19850-5316 |
| 5375670 | Email/Text: mrdiscen@discover.com | Dec 21 2020 19:01:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany OH 43054-3025 |
| 5373459 | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 21 2020 19:02:00 | Internal Revenue Service, Insolvency Section - BK notice, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5379234 | Email/Text: camanagement@mtb.com | Dec 21 2020 19:02:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 5373461 | Email/Text: camanagement@mtb.com | Dec 21 2020 19:02:00 | M&T Bank, PO Box 900, Millsboro, DE 19966 |
| 5373463 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 21 2020 19:02:00 | Pennsylvania Department of Revenue, Dept. 280946, ATTN: Bankruptcy Division, Harrisburg, PA 17128-0946 |

TOTAL: 10

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID**     **Bypass Reason**   **Name and Address**

| | | |
|---|---|---|
| 5373460 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, PO Box 21126, Philadelphia, PA 19114 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2020             Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Rebecca Ann Solarz | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| Tracy Lynn Updike | on behalf of Debtor 1 Beth A Stine tlupdike@mette.com  cgfraker@mette.com;ddwhistler@mette.com;jrporter@mette.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Beth A Stine,

**Debtor 1**

Chapter 13

Case No. 1:20−bk−03295−HWV

# Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| 341 meeting by video conference, further details will be provided to you | Date: January 25, 2021<br>Time: 11:00 AM |
|---|---|

| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DaneishaDunbarYancey, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: December 21, 2020 |

ntnew341 (04/18)