# METTE, EVANS & WOODSIDE
## ATTORNEYS AT LAW

TRACY L. UPDIKE, ESQUIRE                                                                                                E-MAIL: tlupdike@mette.com

January 19, 2021

*VIA ELECTRONIC TRANSMITTAL*

Clerk
United States Bankruptcy Court
Ronald Reagan Federal Building
228 Walnut Street, Room 320
Harrisburg, PA   17101

      Re:    **Beth A. Stine**
                **Chapter 13 Case No. 1-20-03295-HWV**

Dear Clerk:

Please make note of the change of address for the Creditor listed below in the above-referenced case:

New Address:    National Recovery Agency
                          2491 Paxton Street
                          Harrisburg, PA   17111

Thank you for your assistance with this matter. Should you have any questions please do not hesitate to contact me at (717) 232-5000.

Very truly yours,

METTE, EVANS & WOODSIDE

*(signature)*

Tracy L. Updike

1665959v1

3401 North Front Street, P.O. Box 5950, Harrisburg, PA 17110-0950    Phone: (717) 232-5000    Fax: (717) 236-1816
www.mette.com

Case 1:20-bk-03295-HWV    Doc 15    Filed 01/19/21    Entered 01/19/21 16:01:14    Desc
Main Document    Page 1 of 1