IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| BETH A. STINE | : | CASE NO: 1:20-bk-03295-HWV |
| | : | |
| Debtor | : | |
| | : | |

**CERTIFICATE OF SERVICE**

    I, Tracy L. Updike, with the firm of Mette, Evans & Woodside, hereby certify that on April 1, 2021, a true and correct copy of the ORDER CONFIRMING CHAPTER 13 PLAN, pursuant to L.B.R. 2002-1(e), was served by electronic means and/or first-class mail, postage prepaid on the following:

SEE ATTACHED MATRIX

    Respectfully Submitted,

    METTE, EVANS & WOODSIDE

    By: /s/ Tracy L. Updike
        Tracy L. Updike, Esquire

Date: April 1, 2021

1726183v1

Case 1:20-bk-03295-HWV    Doc 26    Filed 04/01/21    Entered 04/01/21 16:07:07    Desc
Main Document    Page 1 of 3

Capital One
PO Box 85015
Richmond, VA 23285-5075

(p)CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

Capital One Bank (USA), N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC 28272-1083

Cavalry Portfolio Services
500 Summit Lake Drive, Suite 4A
Valhalla, NY 10595-2323

Cavalry SPV I, LLC
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595-2321

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

Commonwealth of Pennsylvania
Bureau of Labor and Industry
Office of Unemp Comp Tax Services OUCTS
PO Box 60848
Harrisburg, PA 17106-0848

David J. Apothaker, Esquire
Apothaker Scian PC
520 Fellowship Road
Suite C306
Mount Laurel, NJ 08054-3410

Discover Bank
PO Box 15316
Attn: CMS/PROD DEVELOP
Wilmington, DE 19850-5316

M&T Bank
P.O. Box 840
Buffalo, NY 14240-0840

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

(d)M&T Bank
PO Box 900
Millsboro, DE 19966

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

(p)M&T BANK
LEGAL DOCUMENT PROCESSING
626 COMMERCE DRIVE
AMHERST NY 14228-2307

National Recovery Agency
2491 Paxton Street
Harrisburg, PA 17111-1036

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

Rebecca Ann Solarz
KML Law Group, P.C.
701 Market St.
Suite 5000
Philadelphia, PA 19106-1541

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Beth A Stine,

**Debtor 1**

Chapter 13

Case No. 1:20–bk–03295–HWV

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on December 15, 2020. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

Dated: March 10, 2021

By the Court,

*Henry W. Van Eck*

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: DaneishaDunbarYancey, Deputy Clerk

orcnfpln(05/18)