Certificate Number: 14912-PAM-DE-035806136

Bankruptcy Case Number: 20-03295


14912-PAM-DE-035806136

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 2, 2021, at 11:42 o'clock AM EDT, Beth Stine completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: July 2, 2021

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor