IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| BETH A. STINE | : | Case No. 1-20-03295-HWV |
| | : | |
| Debtor | : | |

**ENTRY AND WITHDRAWAL OF APPEARANCE**

TO THE CLERK:

    Kindly withdraw the appearance of Tracy L. Updike, Esquire on behalf of Mette, Evans and Woodside, as attorney of record for the Debtor in the above-captioned matter.

Date: September 12, 2023      By:   /s/ Tracy L. Updike
                                                                   Tracy L. Updike, Esquire
                                                                    Mette, Evans & Woodside
                                                                    3401 N. Front Street
                                                                    Harrisburg, PA 17110
                                                                    Telephone: (717) 232-5000

    Kindly enter the appearance of Dawn Cutaia, Esquire on behalf of Fresh Start Law, PLLC, as attorney of record for the Debtor in the above-captioned matter.

Date: September 12, 2023      By:   /s/ Dawn Cutaia
                                                                     Dawn Cutaia, Esquire
                                                                   Fresh Start Law, PPLC
                                                                    1701 West Market Street
                                                                    York, PA 17404
                                                                    Telephone: (717) 304-1841