# UNITED STATES BANKRUPTCY COURT

__MIDDLE DISTRICT__ District Of __PENNSYLVANIA__

In re __Beth A Stine__                    Case No. __1:20-bk-03295-HWV__
         Debtor

## CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

*Part I. Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

☒  I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

☐  I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II. If you checked the second box, you must provide the information below.*

My current address: _____

My current employer and my employer's address: _____
_____

*Part III. Certification Regarding Section 522(q) (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

☒  I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $189,050* in value in the aggregate.

☐  I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $189,050* in value in the aggregate.

---

\*  Amounts are subject to adjustment on 4/01/25, and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

*Part IV. Debtor's Signature*

       I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on __23/01/2024__         ___Beth A. Stine (Jan 23, 2024 10:56 EST)___
              Date                                                           Debtor

# Stine discharge cert

Final Audit Report 2024-01-23

| | |
|---|---|
| Created: | 2024-01-23 |
| By: | DAWN CUTAIA (kelley.freshstartlaw@gmail.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAACYmhG1TXq48czLwRRyiDlUBfXqTeY2kl |

## "Stine discharge cert" History

- Document created by DAWN CUTAIA (kelley.freshstartlaw@gmail.com)
  2024-01-23 - 3:55:22 PM GMT

- Document emailed to Beth A. Stine (belliott219@yahoo.com) for signature
  2024-01-23 - 3:55:26 PM GMT

- Email viewed by Beth A. Stine (belliott219@yahoo.com)
  2024-01-23 - 3:55:50 PM GMT

- Document e-signed by Beth A. Stine (belliott219@yahoo.com)
  Signature Date: 2024-01-23 - 3:56:23 PM GMT - Time Source: server

- Agreement completed.
  2024-01-23 - 3:56:23 PM GMT

**Adobe Acrobat Sign**